Form 27 - GENERAL PURPOSE

JON L. NORINSBERG
ATTN:
U.S. SOUTHERN DIST. COURT     NEW YORK COUNTY

---

GREGORY DAY                                  plaintiff          Index No. **07 CV 11228**

        - against -                                                                Date Filed .............

THE CITY OF NEW YORK, ETAL                   defendant          Office No.

                                                                   Court Date:   /  /

---

    STATE OF NEW YORK, COUNTY OF NEW YORK                  :SS:

**JOEL GOLUB**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the **28th day of February, 2008**    at **02:30 PM.**,      at
    **100 CHURCH ST, 4TH FL.**
    **NEW YORK, NY 10007**
I served a true copy of the
    **SUMMONS AND COMPLAINT**
    **CIVIL COVER SHEET**

upon **THE CITY OF NEW YORK**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
    **TAMEKIA MENDES GAMMON, CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
    SEX: **FEMALE**         COLOR: **BLACK**         HAIR: **BLACK**
    APP. AGE: **27**        APP. HT: **5:6**         APP. WT: **125**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
29th  day of  February, 2008e

KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

..........................
JOEL GOLUB   701893
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7JLN114681