```
Form 02 - SUITABLE AGE              AETNA CENTRAL JUDICIAL SERVICES
        JON L. NORINSBERG
        ATTN:
U.S.SOUTHERN DIST. COURT        NEW YORK COUNTY
-----------------------------------------------
                                          Index No. 07 CV 11228
GREGORY DAY                      plaintiff
                                          Date Filed ............
         - against -
                                          Office No.
THE CITY OF NEW YORK, ETAL       defendant
                                          Court Date:    / /
-----------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
JULIUS THOMPSON    being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the State of New York. That on the
6th day of March, 2008   11:20 AM              at
    %30TH PCT, 451 W.151ST ST
    NEW YORK, NY
I served the   SUMMONS AND COMPLAINT
               CIVIL COVER SHEET
upon P.O.JOSEPH P.ROBINSON SHIELD NO. 15485
the DEFENDANT    therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    P.O."JOHN" CILKES, SHIELD # 25184 CO-WORKER WHO REFUSED
TRUE FIRST NAME a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: MALE     COLOR: TAN     HAIR: BALD     AGE: 44   HEIGHT: 5:9   WEIGHT: 175
OTHER IDENTIFYING FEATURES:
On 03/10/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
10th  day of March,        2008d        ............................

KENNETH WISSNER                         JULIUS THOMPSON  822528
Notary Public, State of New York        AETNA CENTRAL JUDICIAL SERVICES
    No.01WI4714130                      225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY            NEW YORK, NY, 10007
Commission Expires 03/30/2010           Reference No: 7JLN114682
```