Form 01 – PERSONAL WITH A MILITARY      AETNA  CENTRAL  JUDICIAL  SERVICES
         **JON L. NORINSBERG**
         **ATTN:**
U.S.SOUTHERN DIST. COURT      NEW YORK  COUNTY
------------------------------------------------------

| | |
|---|---|
| GREGORY DAY                                   plaintiff | Index No. **07 CV 11228** |
| | Date Filed  ............ |
| - against - | Office No. |
| THE CITY OF NEW YORK, ETAL            defendant | Court Date:   / / |

------------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**HARRY TORRES**     being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the State of New York. That on the
**3rd** day of **March, 2008  11:57 AM**            at
     **%ORGANIZED CRIME CONTROLLED BUREAU**
     **1 POLICE PLZ,13TH FL.STE 1310 NEW YORK, NY**
I served the   **SUMMONS AND COMPLAINT**
               **CIVIL COVER SHEET**
upon **DET.LISA PASKEWITZ SHIELD NO. 5865**
**the  DEFENDANT**  therein named by delivering and leaving a true copy or
copies of the aforementioned documents with
**DET.LISA PASKEWITZ  SHIELD NO. 5865**
said **DEFENDANT** personally.
     Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the service as follows:
          SEX: **FEMALE**       COLOR: **WHITE**      HAIR: **BLONDE**
          APP. AGE: **40**      APP. HT: **6:0**      APP. WT: **200**
OTHER IDENTIFYING FEATURES: **GLASSES**

That at the time of service, as aforesaid, I asked **DEFENDANT** whether he/she was in
the military service of the United States Government, or of the State of New York, and
received a negative reply. Upon information and belief based upon the conversation and
observation as aforesaid I aver that the **DEFENDANT**  is not in the military service of the
United States Government or of the State of New York, as that term is defined in statutes
of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.


Sworn to before me this
7th  day of  March,      2008i

JOEL GOLUB                                      .........................
Notary Public State of New York                 HARRY TORRES   0915257
    No.01G04751136                              AETNA  CENTRAL  JUDICIAL  SERVICES
Qualified in NASSAU COUNTY                      225 BROADWAY, SUITE 1802
Commission Expires 12/31/2009                   NEW YORK, NY, 10007
                                                Reference No: 7JLN114683